UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FERNANDEZ, *on behalf of herself and all others similarly situated*,

        Plaintiffs,

– against –

HUDDLESON LINENS, INC.,

        Defendant.

**ORDER**

24-cv-03793 (ER)

Ramos, D.J.:

    Jacqueline Fernandez brought this action against Huddleson Linens, Inc. on May 16, 2024, alleging violations of the Americans with Disabilities Act and the New York City Human Rights Law. Doc. 1. On May 17, 2024, an electronic summons was issued, Doc. 4, and Defendant was served on June 20, 2024, Doc. 5. That same day, Mr. Timothy Gledhill, filed: (1) an Answer to the Complaint, Doc 8, (2) affirmation of service of the Answer on Plaintiffs, Doc. 6, and (3) a notice of appearance in the case, Doc. 7, apparently purporting to represent Huddleson and attempting to proceed *pro se*. Subsequently, Mr. Gledhill was mistakenly listed as a "defendant" in the Court's electronic case filing system.

    On July 1, 2024, the Court informed the parties that Mr. Gledhill may not enter an appearance on behalf of or otherwise represent the defendant corporation and cautioned Huddleson that its failure to have counsel enter an appearance may risk entry of default judgment against it. Doc. 9. There has been no subsequent activity in the case.

    Fernandez is directed to submit a status letter by October 14, 2025. Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

2

Dated: October 6, 2025
       New York, New York

_____
EDGARDO RAMOS, U.S.D.J.